UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X    <u>For Online Publication Only</u>

IKE CARTER, JR.,

                                          Plaintiff,    **<u>ORDER</u>**
                                                        22-CV-05083 (JMA) (ARL)

         -against-

                                                     **FILED**
                                                     **CLERK**

PAYBACK REPO, INC. and
AMERICAN RECOVERY SERVICES,    1:14 pm, Sep 11, 2023

                                              **U.S. DISTRICT COURT**
                                 **EASTERN DISTRICT OF NEW YORK**
                           Defendants.    **LONG ISLAND OFFICE**

-----------------------------------------------------------------------X

**AZRACK, United States District Judge:**

      Currently before the Court is the motion of Defendants Payback Repo, Inc. and American Recovery Services to compel arbitration of Plaintiff Ike Carter, Jr.'s claims.  (ECF No. 18.)  In a report and recommendation ("R&R") issued on August 25, 2023, Magistrate Judge Arlene R. Lindsay recommends that the Court deny Defendants' motion.  (ECF No. 23.)  Defendants subsequently filed objections to the R&R.  (ECF No. 24.)

      In reviewing a magistrate judge's report and recommendation, a court must "make a <u>de novo</u> determination of those portions of the report or . . . recommendations to which objection[s] [are] made."  28 U.S.C. § 636(b)(1)(C); <u>see also</u> <u>United States ex rel. Coyne v. Amgen, Inc.</u>, 243 F. Supp. 3d 295, 297 (E.D.N.Y. 2017), <u>aff'd</u>, 717 F. App'x 26 (2d Cir. 2017). The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error.  <u>See</u> <u>Pall Corp. v. Entegris, Inc.</u>, 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

      After conducting a <u>de novo</u> review of the full record (including the motion papers, R&R, and objections) and applicable law, the Court agrees with Magistrate Judge Lindsay's

recommendations, and therefore adopts the well-reasoned R&R in its entirety as the opinion of the Court.   Accordingly, Defendants' motion to compel arbitration is DENIED.   The parties are REFERRED to mediation pursuant to Local Civil Rule 83.8.

**SO ORDERED.**

Dated:  September 11, 2023
Central Islip, New York

                                        /s/  (JMA)
                              JOAN M. AZRACK
                                 UNITED STATES DISTRICT JUDGE